Richard Taylor
No. 816002, Telford
3899 State Hwy 98
New Boston, Tx 75570

November 30, 2015

Re:  No. 04-08-00931-CR
     Robert Herrera, Sr. vs. The State of Texas
     from the 38th district Court in Medina County
     TC# 08-06-9914-CR

Dear Clerk:

I am trying to get copies of volumes 1 and 2 of the Reporter's Record. Is it possible to print these records off the Site or to obtain them through email or a disc? I am looking for the cheapest means by which to obtain them.

Thank you for your assistance in this matter.

With kindest regards, I am

                              Very truly yours,

                              Richard Taylor

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 DEC 11 PM 1:04
KEITH E. HOTTLE, CLERK

FOREVER

Happy
Holidays

SHREVEPORT LA 710

08 DEC 2015 PM 11 L

816003 Richard Taylor
Telford 3899 st. Hwy 98
New Boston, TX. 75570

Fourth Court of Appeals
Clerk of the Court
300 Dolorosa
San Antonio, TX. 78205-3037

782050530375

FILED
IN THE COURT OF APPEAL
AT SAN ANTONIO, TEXAS

2015 DEC 11 PM 1:03

Keith E. Hottle

KEITH E. HOTTLE, CLERK